[No. 17757-2-III.    Division Three.    November 30, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD K. MOCCARDINE, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00183-7, Michael E. Cooper, J., entered August 10, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 17407-7-III.    Division Three.    December 2, 1999.]

JOYCE STEELE, *Appellant*, v. GEORGE D. HANSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03296-1, Greg D. Sypolt, J., entered March 13, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.

[No. 17568-5-III.    Division Three.    December 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STARR M. LAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 97-1-00293-9, Robert L. Zagelow, J., entered May 18, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 18000-0-III.    Division Three.    December 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CASS JOE MIEIRS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00196-1, Philip M. Raekes, J., entered November 6, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.